### Henry J. Brownell v. Keziah M. Groesbeck.

*Hearsay evidence: Ex parte presentation: Practice.* It appearing that hearsay evidence was admitted against objection, and the case not having been argued for defendant in error, the judgment is reversed for the erroneous admission of the hearsay evidence, and the other questions raised are not considered.

*Heard June 5.    Decided June 6.*

Error to Kalamazoo Circuit.

*May, Buck & Powers,* for plaintiff in error.

No counsel appeared for defendant in error.

PER CURIAM:

This case was not argued on the part of the defendant in error.

It clearly appears that hearsay evidence was admitted under objection, and for this the judgment must be reversed. Some other questions appear in the record, but we prefer, in the absence of any necessity for doing so, not to consider them on an *ex parte* presentation.

Judgment reversed, with costs, and a new trial ordered.